James R. MICKELSON, Suing
as James Roy Mickelson,
Appellant,

v.

Warden Carol HOLINKA, Appellee.

No. 07–3243.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 30, 2008.

Filed: May 5, 2008.

James R. Mickelson, Suing as James Roy Mickelson, Waseca, MN, pro se.

Robert Mathias Lewis, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James R. Mickelson appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition and related motion challenging the Bureau of Prisons' denial of his requests for immediate halfway-house placement. We dismiss the appeal as moot, because Mickelson was transferred to a halfway house on April 15, 2008. *See Calderon v. Moore*, 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (per curiam) (when event occurs during pendency of appeal that renders it impossible for court—if it should decide case in appellant's favor—to

grant effective relief, court will dismiss appeal as moot). We also decline to address Mickelson's new claims on appeal, *see Poolman v. City of Grafton*, 487 F.3d 1098, 1101 (8th Cir.2007), and we deny the pending motions.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.